758, 63 N. Y. Supp. 75. The judgment must be so modified as to direct that the action be dismissed, with costs, without prejudice to a new action, and without costs to either party in this court. All concur.

FEIST v. ALDRICH. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Simon Feist against Bruce S. Aldrich. No opinion. Motion granted, with $10 costs.

FEIST v. STUYVESANT INS. CO. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Simon Feist against the Stuyvesant Insurance Company. No opinion. Motion granted, with $10 costs.

FELDMAN et al., Appellants, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by Elias Feldman and Max Feldman against Nathan T. Schwartz. No opinion. Order of the municipal court granting new trial affirmed, with costs to abide the event.

FERRANTO, Respondent, v. UNITED STATES BENEV. SOC., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) Action by Angelo Ferranto against the United States Benevolent Society. No opinion. Judgment of county court affirmed, with costs.

FIELD, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by George A. Field against Henry A. Taylor. A. D. Palmer, for appellant. E. P. Lyon, for respondent. No opinion. Judgment affirmed, with costs.

FIRST NAT. BANK OF PLATTSBURGH, N. Y., Respondent, v. SICKLES et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by the First National Bank of Plattsburgh, N. Y., against David B. Sickles and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FLATBUSH TRUST CO. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) In the matter of the application of the Flatbush Trust Company to be designated as a deposit bank for money to be paid into court. No opinion. Matter referred to William J. Carr, and order signed.

FLETCHER et al. v. McKEON et al. (Supreme Court, Appellate Division, First Department. January 17, 1902.) Action by Austin B. Fletcher and another against John McKeon and another. No opinion. Motion granted, with $10 costs.

FLITNER, Respondent, v. WILLET PRESS, Appellant. (City Court of New York, General Term. December, 1901.) Action by William H. Flitner against the Willet Press. Nelson S. Spencer and M. Edward Kelley, for appellant. Cardozo & Nathan (Edgar J. Nathan, of counsel), for respondent.

HASCALL, J. The respondent's building, in part under lease, occupied by appellant, was damaged by fire, and the action is to recover for rentals after repairs made to the premises. The main question arose under a covenant and was perfectly submitted to the jury by the learned trial court. This was as to whether the damages were so extensive as to render the premises untenantable, or whether appellant waited a reasonable time for respondent to make repairs, and whether repairs were begun and completed within proper time. The jury found the facts with the plaintiff, and, under the evidence, we cannot say that, as a matter of law, appellant was justified in an abandonment, as under Bacon v. Paper Co., 22 Misc. Rep. 592, 49 N. Y. Supp. 620, and Nimmo v. Harway, 23 Misc. Rep. 126, 50 N. Y. Supp. 686, we might well do so were the facts different. But here it appears that what might have been held on reasonable delay, as a matter of law, still in the peculiar circumstances remained of fact, because of the kind and condition of appellant's business, which was to be considered. The refusal of requests to charge upon abstract questions does not make ground for reversal. The judgment should be affirmed, with costs. Judgment affirmed, with costs. All concur.

FLOR, Respondent, v. FLOR, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Mary Flor against Wenzel Flor. W. H. Knox, for appellant. W. M. Sullivan, for respondent. No opinion. Order modified, by reducing counsel fee to $50 and alimony to $6 a week, and, as modified, affirmed, without costs to either party.

FOSTER, Respondent, v. GROSJEAN, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Talmage W. Foster against William D. Grosjean. C. De H. Brower, for appellant. T. W. Foster, for respondent. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. HALLAHAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Nora Foster against John Hallahan and another. J. A. Farley, for appellants. J. F. Horan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FOSS, Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Term. December, 1901.) Action by William H. Foss against Annie Young. B. W. B. Brown, for appellant. Aaron Morris, for respondent.

SCOTT, J. This is an action for a broker's commission for procuring a loan on real estate. The trial was had before a jury. Upon con-